1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **THOMAS TEAGARDEN,** | ) | **1:07-CV-0054 AWI TAG** |
| | ) | |
| **Plaintiff**, | ) | **ORDER CLOSING CASE IN** |
| | ) | **LIGHT OF RULE 41(a)(1)(ii)** |
| **v.** | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| **CITY OF BAKERSFIELD, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

On June 5, 2007, Plaintiff filed a stipulation for dismissal with prejudice of this action

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The notice is signed by each party who

has appeared in this case.

Rule 41(a)(1), in relevant part, reads:

an action may be dismissed by the plaintiff without order of court (i) by filing a
notice of dismissal at any time before service by the adverse party of an answer or
of a motion for summary judgment, whichever first occurs, or (ii) by filing a
stipulation of dismissal signed by all parties who have appeared in the action.
Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
without prejudice, except that a notice of dismissal operates as an adjudication
upon the merits when filed by a plaintiff who has once dismissed in any court of
the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan

Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1986).  Once the stipulation between the parties who have appeared is properly filed or made in

1  open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.

2  41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal

3  with prejudice under Rule 41(a)(1)(ii), that is signed by all parties who have made an appearance,

4  this case has terminated.

5        Therefore, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light

6  of parties' filed and properly signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

7

8  IT IS SO ORDERED.

9  **Dated:    June 6, 2007**                        **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2